UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRALDA T. MORRISON

    Plaintiff,

v.                                  Case No.:  8:08-cv-1679-T-23TGW

FLORIDA DEPARTMENT OF VETERANS AFFAIRS

    Defendant.

_____/

**ORDER**

The plaintiff instituted this action on August 27, 2008.  More than one hundred twenty (120) days have passed since the complaint was filed, but the parties to be served have not appeared voluntarily, and the plaintiff has not made and filed proof of service of appropriate process pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, the plaintiff is ordered to show cause by **April 2, 2009**, why this action should not be dismissed for failure to serve and for failure to prosecute.  See Fed. R. Civ. P. 4(m).  Failure to comply with this order will result in dismissal of this case without further notice.

ORDERED in Tampa, Florida on March 19, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE